IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIMBERLY NORMAN,** | ) | **CASE NO. 8:08CV118** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Deadline to File a Response to Defendant's Motion for Summary Judgment. The Plaintiff requests an extension of time to file her response, from April 23, 2009, until May 1, 2009. The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Deadline (Filing No. 50) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment (Filing No. 46) by filing her brief and index of evidence, if any, on or before May 1, 2009.

DATED this 20th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge